UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN FRANCIS KRUSE, JR,

    PLAINTIFF,

-vs-                                       Case No. 1:16-cv-00329-WTH-GRJ

CAROLYN W COLVIN,

    DEFENDANT.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 26, 2017. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 16, is adopted and incorporated by reference in this order.

2. Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), ECF No. 15, is **GRANTED**.

3. The clerk is directed to enter the following judgment: "The Commissioner's decision denying benefits to Plaintiff is **REVERSED** and **REMANDED**

pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand the ALJ will consider the medical opinion evidence in accordance with the Commissioner's regulations, if warranted, consult a vocational expert to clarify the effects of the assessed limitations on Plaintiff's ability to perform work, and issue a new decision."

4. The clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 23rd day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE